BEEKMAN *against* REED.

Stafford
v.
Rice.

S. A. FOOT, moved to bring on the argument of this cause upon affidavits made for the purpose of a motion to set aside the report of referees upon the merits. The cause was on the calendar; and he read the proof of the service of a notice that a motion would be made to set aside the report, upon the affidavits, at the last August term, at the Academy in Utica; and if it should not then be made, that the cause would be continued on the calendar from term to term, until it should be brought on.

*J. M'Kown*, objected that the notice of the motion was insufficient for the present term.

*Curia.* The notice is insufficient; and we cannot hear the motion. The regular practice is to notice for the particular term at which the motion is to be made; and we must not allow this course to be departed from, where no reason is shown for it. Causes cannot be continued in this manner by a single notice running from term to term.

Motion denied.

*A motion, though on the calendar, must be noticed for the particular term at which it is intended to be made. A notice of a motion for a particular term, and that if not then made, it will be continued on the calendar from term to term until it shall be made, is insufficient.*